UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RUSH, JR.,

              Plaintiff,         CASE NUMBER: 16-14126
                                         HONORABLE VICTORIA A. ROBERTS

v.

VIRGINIA COLLEGE, ET. AL.,

              Defendants.

_____/

## ORDER SUMMARILY DISMISSING COMPLAINT

On November 11, 2016, John Rush, Jr. ("Rush") filed a *pro se* Complaint against: (1) Virginia College and (2) Great Lakes Higher Education Corporation and Affiliates ("Great Lakes"). Rush requests $100,000 for pain and suffering, defamation of character, and gross negligence. To his Complaint, Rush attaches consumer complaints against Virginia College and Great Lakes. Rush requests to proceed *in forma pauperis*.   This request is **GRANTED**.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit.

A complaint must state a claim that contains enough facts that it is "plausible on its face." *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). (quoting *Bell Atlantic*

1

*Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Rush fails to state any facts or law in his Complaint; the Court finds the Complaint fails to state a claim under 28 U.S.C. § 1915(e).

Rush's Complaint is **DISMISSED.** The dismissal is without prejudice.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  December 5, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 5, 2016.

s/Linda Vertriest
Deputy Clerk